AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| AVX Corporation ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   6-20-cv-1244-TMC |
| United States of America ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that:

■ the plaintiff <u>AVX Corporation</u> recover from the defendant <u>United States of America</u> the amount of <u>Three Hundred Thousand</u> dollars ($<u>300,000</u>), plus postjudgment interest at the rate of <u>0.19</u> %, along with costs.

This action was:

■ decided by the Honorable Timothy M. Cain.

Date:   June 19, 2020                                    *CLERK OF COURT*

                                                                           s/L K McAlister, Deputy Clerk
                                                                           *Signature of Clerk or Deputy Clerk*